DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
WILLIAM ROBERT BARSANTI


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-0045 LKK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| WILLIAM ROBERT BARSANTI, | |
| Defendant. | Date:  March 20, 2012<br>Time:  9:15 a.m.<br>Judge:  Lawrence K. Karlton |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
of America, and defendant, William Robert Barsanti, through their
respective attorneys that the status conference scheduled for March 20,
2012, may be continued to May 1, 2012, at 9:15 a.m.

    Defense counsel needs additional time to continue research and
investigate legal and factual issues. To afford time for necessary
preparation and review, the parties agree that time under the Speedy
Trial Act should be excluded through May 1, 2012, pursuant to 18 U.S.C.

§ 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  March 16, 2012              /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for WILLIAM ROBERT BARSANTI


                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated:  March 16, 2012              /s/ T. Zindel for D. McConkie
                                    DANIEL McCONKIE
                                    Assistant U.S. Attorney


                            **O R D E R**

     The status conference is continued to May 1, 2012, at 9:15 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through May 1, 2012.

     IT IS SO ORDERED.

Dated:  March 16, 2012

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT