1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   WILLIAM ROBERT BARSANTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-0045 LKK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| WILLIAM ROBERT BARSANTI, | |
| Defendant. | Date: May 1, 2012<br>Time: 9:15 a.m.<br>Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, William Robert Barsanti, through their respective attorneys that the status conference scheduled for May 1, 2012, may be continued to June 26, 2012, at 9:15 a.m.

Defense counsel needs additional time to continue to research and investigate legal and factual issues. Counsel is meeting with Mr. Barsanti in Humboldt County next week. To afford time for necessary preparation and review, the parties agree that time under the Speedy Trial Act should be excluded through June 26, 2012, pursuant to 18 U.S.C.

§ 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 25, 2012 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for WILLIAM ROBERT BARSANTI

BENJAMIN B. WAGNER
United States Attorney

Dated: April 25, 2012 /s/ T. Zindel for D. McConkie
DANIEL McCONKIE
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to June 26, 2012, at 9:15 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through June 26, 2012.

IT IS SO ORDERED.

Dated: April 26, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip. in U.S.A. v. Barsanti 2