1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   WILLIAM ROBERT BARSANTI
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      ) No. 2:12-CR-0045 LKK
                                   )
14                 Plaintiff,      )
                                   ) **STIPULATION AND ORDER**
15      v.                         ) **CONTINUING STATUS CONFERENCE**
                                   ) **AND EXCLUDING TIME**
16  WILLIAM ROBERT BARSANTI,       )
                                   )
17                 Defendant.      ) Date:  June 26, 2012
                                   ) Time:  9:15 a.m.
18  _____ ) Judge: Lawrence K. Karlton

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendant, William Robert Barsanti, through their

22  respective attorneys that the status conference scheduled for June 26,

23  2012, may be continued to August 28, 2012, at 9:15 a.m.

24      Defense counsel needs additional time to continue investigation,

25  having met with Mr. Barsanti and his family in Humboldt County.  To

26  afford time for necessary investigation and review, the parties agree

27  that time under the Speedy Trial Act should be excluded through August

28  28, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of

1  justice served by taking such action outweigh the best interest of the

2  public and the defendant in a speedy trial.

3                                              Respectfully submitted,

4                                              DANIEL J. BRODERICK
                                               Federal Defender
5

6  Dated:  June 22, 2012                       /s/ T. Zindel
                                               TIMOTHY ZINDEL
7                                              Assistant Federal Defender
                                               Attorney for WILLIAM ROBERT BARSANTI
8

9
                                               BENJAMIN B. WAGNER
10                                             United States Attorney

11
   Dated:  June 22, 2012                       /s/ T. Zindel for D. McConkie
12                                             DANIEL McCONKIE
                                               Assistant U.S. Attorney
13

14

15                                  **O R D E R**

16      The status conference is continued to August 28, 2012, at 9:15 a.m.

17  For the reasons set forth above, the court finds that the ends of justice

18  to be served by a continuance outweigh the best interests of the public

19  and the defendant in a speedy trial and therefore excludes time under the

20  Speedy Trial Act through August 28, 2012.

21      IT IS SO ORDERED.

22

23  Dated: June 22, 2012

24                                             LAWRENCE K. KARLTON
                                               SENIOR JUDGE
25                                             UNITED STATES DISTRICT COURT

26

27

28

Stip. in U.S.A. v. Barsanti              2