1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   WILLIAM ROBERT BARSANTI
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,          ) No. 2:12-CR-0045 LKK
                                       )
14                 Plaintiff,          )
                                       ) **STIPULATION AND ORDER**
15       v.                            ) **CONTINUING STATUS CONFERENCE**
                                       ) **AND EXCLUDING TIME**
16  WILLIAM ROBERT BARSANTI,           )
                                       )
17                 Defendant.          ) Date:  August 28, 2012
                                       ) Time:  9:15 a.m.
18  _____    ) Judge: Lawrence K. Karlton

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendant, William Robert Barsanti, through their

22  respective attorneys that the status conference scheduled for August 28,

23  2012, may be continued to October 10, 2012, at 9:15 a.m.

24       Defense counsel needs additional time to continue investigation,

25  having met with Mr. Barsanti and his family in Humboldt County.  To

26  afford time for necessary investigation and review, the parties agree

27  that time under the Speedy Trial Act should be excluded through October

28  10, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of

justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 27, 2012 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for WILLIAM ROBERT BARSANTI


BENJAMIN B. WAGNER
United States Attorney

Dated: August 27, 2012 /s/ T. Zindel for D. McConkie
DANIEL McCONKIE
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 10, 2012, at 9:15 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 10, 2012.

IT IS SO ORDERED.

Dated: August 28, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip. in U.S.A. v. Barsanti 2