```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    WILLIAM ROBERT BARSANTI
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      ) No. 2:12-CR-0045 LKK
                                   )
14               Plaintiff,        )
                                   ) **STIPULATION AND ORDER**
15       v.                        ) **CONTINUING STATUS CONFERENCE**
                                   ) **AND EXCLUDING TIME**
16  WILLIAM ROBERT BARSANTI,       )
                                   )
17               Defendant.        ) Date:  October 10, 2012
                                   ) Time:  9:15 a.m.
18  _____) Judge: Lawrence K. Karlton

19
```

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21  of America, and defendant, William Robert Barsanti, through their
22  respective attorneys that the status conference scheduled for October 10,
23  2012, may be continued to November 6, 2012, at 9:15 a.m.

24      Defense counsel needs additional time to continue investigation,
25  having met with Mr. Barsanti and his family in Humboldt County. To
26  afford time for necessary investigation and review, the parties agree
27  that time under the Speedy Trial Act should be excluded through November
28  6, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of

justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: October 5, 2012 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for William Robert Barsanti


BENJAMIN B. WAGNER
United States Attorney

Dated: October 5, 2012 /s/ T. Zindel for D. McConkie
DANIEL McCONKIE
Assistant U.S. Attorney


**O R D E R**

The status conference is continued to November 6, 2012, at 9:15 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through November 6, 2012.

IT IS SO ORDERED.

Dated: October 9, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip. in U.S.A. v. Barsanti    2