JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM ROBERT BARSANTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-0045 LKK |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | **CONTINUING STATUS CONFERENCE** |
| | **AND EXCLUDING TIME** |
| WILLIAM ROBERT BARSANTI, | |
| Defendant. | Date: January 23, 2013 |
| | Time: 9:15 a.m. |
| | Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, William Robert Barsanti, through their respective attorneys that the status conference scheduled for January 23, 2013, may be continued to February 20, 2013, at 9:15 a.m.

Defense counsel needs additional time to continue investigation, having met with Mr. Barsanti and his family in Humboldt County. Several witnesses have yet to be located. To afford time for necessary investigation and review and to assure continuity of defense counsel, the parties agree that time under the Speedy Trial Act should be excluded

through February 20, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: January 17, 2013 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for WILLIAM BARSANTI

BENJAMIN B. WAGNER
United States Attorney

Dated: January 17, 2013 /s/ T. Zindel for D. McConkie
DANIEL McCONKIE
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to February 20, 2013, at 9:15 a.m. For the reasons set forth above, the Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through February 20, 2013.

IT IS SO ORDERED.

Dated: January 17, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT